JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN A. GALICIA, an individual,<br><br>vs.<br><br>SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY d.b.a. METROLINK; a governmental entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-08020-JFW (JCx)<br><br>[Complaint filed: 03/09/2017; Assigned to Honorable John F. Walter; Magistrate Judge Jacqueline Chooljian]<br><br>**ORDER DISMISSING DEFENDANT, NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK FROM PLAINTIFF'S LAWSUIT (WITHOUT PREJUDICE) AND REMANDING THE CASE TO STATE COURT**<br><br>Pre-Trial Conference: 9/7/18<br>Hearing on MILs: 9/14/18<br>Trial Date: 9/25/18 |

The parties to this matter filed a <u>Stipulation To Dismiss Defendant, National Railroad Passenger Corporation dba Amtrak From Plaintiff's Lawsuit</u>. Having reviewed that stipulation and with good cause having been shown, therefore, it is hereby ordered and decreed as follows:

///

///

1

ORDER DISMISSING DEFENDANT, NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK FROM PLAINTIFF'S LAWSUIT (WITHOUT PREJUDICE) AND REMANDING THE CASE TO STATE COURT

1. IT IS ORDERED that based upon the parties' <u>Stipulation To Dismiss Defendant, National Railroad Passenger Corporation dba Amtrak From Plaintiff's Lawsuit</u>, defendant National Railroad Passenger Corporation dba Amtrak is hereby dismissed from this case (without prejudice);

2. IT IS ORDERED that as a result of the dismissal of defendant National Railroad Passenger Corporation dba Amtrak, this case is remanded back to the Superior Court of the County of Los Angeles, Central District for all purposes; and

DATED: August 31, 2018

                                                    Honorable John F. Walter
                                                    United States District Court Judge

ORDER DISMISSING DEFENDANT, NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK FROM PLAINTIFF'S LAWSUIT (WITHOUT PREJUDICE) AND REMANDING THE CASE TO STATE COURT